|   |   |
|---|---|
| UNITED STATES DISTRICT COURT | |
| DISTRICT OF NEVADA | |

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | Case No. 24-cv-2163-GMN-MDC |
| Plaintiff, | **ORDER GRANTING FIRST INTERIM FEE APPLICATION OF KRISTA L. FREITAG, THE RECEIVER, FOR PAYMENT OF FEES AND REIMBURSEMENT OF EXPENSES** |
| vs. | |
| SUPERIOR SERVICING LLC, a limited liability company; and DENNISE MERDJANIAN, aka Dennise Correa, individually and as managing member of SUPERIOR SERVICING LLC, | |
| Defendants. | Ctrm:  7D<br>Judge Hon. Gloria M. Navarro |

4908-3880-0145

1  The Court, having reviewed the First Interim Fee Application of Krista L. Freitag,
2  the Receiver, for Payment of Fees and Reimbursement of Expenses ("Application"),
3  including any supporting declarations and objections filed therein, and being so advised in
4  the matter and finding good cause, orders as follows:

5  **IT IS ORDERED** that the Application of the Receiver is granted.

6  **IT IS FURTHER ORDERED** that the Receiver's fees and costs for the First
7  Application Period are allowed and approved, on an interim basis, in the amounts of
8  $129,273.51 and $28,783.52, respectively.

9  **IT IS FURTHER ORDERED** that the Receiver is authorized and directed to pay
10 herself $103,418.81 in fees and $28,783.52 in costs from assets of the receivership estate,
11 which amounts reflect an interim payment of 80% of the allowed fees and 100% of the
12 allowed costs.

14 Dated:   February 11, 2025

Hon. Gloria M. Navarro
Judge, United States District Court

**CERTIFICATE OF SERVICE**

I am employed by the law firm of Allen Matkins Leck Gamble Mallory & Natsis LLP in San Diego County, California. I am over the age of 18 and not a party to this action. The business address is 600 West Broadway, 27th Floor, San Diego, California 92101-0903.

I hereby certify that on the 21st day of January 2025, I served the document(s), described as:

- **[PROPOSED] ORDER GRANTING FIRST INTERIM FEE APPLICATION OF KRISTA L. FREITAG, THE RECEIVER, FOR PAYMENT OF FEES AND REIMBURSEMENT OF EXPENSES**

☒ By electronic service via CM/ECF System to all parties appearing in this case in accordance with FRCP and District Court Local Rules:

**FEDERAL TRADE COMMISSION**
**John R. O'Gorman, Esq.**, jogorman@ftc.gov
**Luis H Gallegos, Esq.**, lgallegos@ftc.gov
**Reid Abram Tepfer, Esq.**, rtepfer@ftc.gov
*Attorneys for Federal Trade Commission*

**CORY READE DOWS & SHAFER**
**Robert Christopher Reade, Esq.**, Creade@crdslaw.com, adavid@crdslaw.com, crodriguezvisek@crdslaw.com, cweber@crdslaw.com, kkeyes@crdslaw.com, mrodriguez@crdslaw.com, ygiraud@crdslaw.com
**Paul Rowland Graff, Esq.**, rgraff@crdslaw.com, attorneygraff@gmail.com, cweber@crdslaw.com, ygiraud@crdslaw.com
*Attorneys for Defendant Dennise Merdjanian*

I declare under penalty of perjury that the foregoing is true and correct.

*Susan L. Salerno*
Susan L. Salerno
An Employee of Allen Matkins Leck Gamble Mallory & Natsis LLP