Ryan J. Works, Esq. (NSBN 9224)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
rworks@mcdonaldcarano.com

*Attorneys for Non-Party Objectors*
*Student Processing Center Group LLC and*
*SPCTWO LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>SUPERIOR SERVICING LLC, a limited liability company; and DENNISE MERDJANIAN, aka Dennise Correa, individually and as managing member of SUPERIOR SERVICING LLC,<br><br>Defendants. | Case No.: 2:24-cv-02163-GMN-MDC<br><br>**ORDER RE MOTION TO WITHDRAW AS COUNSEL OF RECORD** |

McDonald Carano LLP ("McDonald Carano") has filed a Motion to Withdraw as Counsel of Record (the "Motion") for non-parties Student Processing Center Group LLC and SPCTWO LLC ("Non-Parties SPCs"), including supporting declaration of Ryan J. Works.

Having considered the Motion and good cause appearing therefor, IT IS ORDERED that the Motion is GRANTED and:

1. McDonald Carano is no longer counsel for the Non-Party SPCs.

2. The clerk is directed to remove McDonald Carano from the docket as counsel fo record for Non-Party SPCs.

**IT IS SO ORDERED**

_____
**UNITED STATES MAGISTRATE JUDGE**

3-12-25
**DATED**

4935-6245-0971.1

# CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I certify that I am a representative of McDonald Carano LLP that on this 21st day of February, 2025, I caused the foregoing **[PROPOSED] ORDER RE MOTION TO WITHDRAWAL AS COUNSEL OF RECORD** to be served as follows:

☒ **(BY ELECTRONIC SERVICE VIA CM/ECF)** to all parties appearing in this case in accordance with FRCP and District Court Local Rules.

☐ **(BY FIRST-CLASS UNITED STATES MAIL)** I caused a true copy of each document(s) to be placed in a sealed envelope with first-class postage affixed and placed the envelope for collection. Mail is collected daily at my office and placed in a United States Postal Service collection box for pickup and delivery that same day.

☐ **(BY PERSONAL SERVICE)** upon the following parties or their Counsel:

☒ **(BY ELECTRONIC MAIL)** upon the following Parties, for whom I did not receive, within a reasonable time indication that the transmission was unsuccessful.

| | |
|---|---|
| John R. O'Gorman, Esq.<br>Luis H Gallegos, Esq.<br>Reid Abram Tepfer, Esq.<br>Federal Trade Commission<br>1999 Bryan St., Suite 2150<br>Dallas, TX 75201<br>*Attorneys for the Plaintiff* | R. Christopher Reade, Esq.<br>P. Rowland Graff, Esq.<br>CORY READE DOWS & SHAFER<br>1333 North Buffalo Drive, Suite 210<br>Las Vegas, Nevada 89128<br>*Attorneys for Defendant Dennise Merdjanian* |
| Edward G. Fates, Esq.<br>Alien Matkins Leck Gamble Mallory & Natsis LLP<br>600 West Broadway, 27th Floor<br>San Diego, California, 92101-0903<br>*Pro Hac Vice Counsel for Receiver* | Jarrod L. Rickard, Esq.<br>Semenza Rickard Law<br>10161 Park Run Dr., Ste 150<br>Las Vegas, NV 89145<br>*Local Counsel for Receiver* |
| David Hernandez<br>davidhernandez3991@gmail.com<br>910 Glendora Mountain Rd<br>Glendora, California 91741<br>Principal of Non-Party SPCs<br>(service via-email) | Eric Caldwell<br>alwaysirish326@yahoo.com<br>110 Perspective<br>Irvine, California 92618<br>Principal of Non-Party SPCs<br>(service via-email) |

*/s/ Kimberly Kirn*
An employee of McDonald Carano LLP