JOHN R. O'GORMAN
    Texas Bar No. 24121292; jogorman@ftc.gov
LUIS GALLEGOS
    Oklahoma Bar No. 19098; lgallegos@ftc.gov
REID TEPFER
    Texas Bar No. 24079444; rtepfer@ftc.gov

Federal Trade Commission
1999 Bryan St., Suite 2150
Dallas, TX 75201
Phone: (202) 758-7704 (O'Gorman)
Fax: (214) 953-3079

*Attorneys for Federal Trade Commission*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| FEDERAL TRADE COMMISSION<br><br>   Plaintiff,<br><br>     v.<br><br>SUPERIOR SERVICING LLC, a limited liability company; and<br><br>DENNISE MERDJANIAN, aka Dennise Correa, individually and as managing member of SUPERIOR SERVICING LLC,<br><br>   Defendants. | Case No. 24-cv-2163-GMN-MDC<br><br>**ORDER GRANTING PLAINTIFF FTC LEAVE TO AMEND COMPLAINT** |

Having considered Plaintiff Federal Trade Commission's ("FTC") Motion to Amend its Complaint (the "Motion to Amend"), its is hereby **ORDERED** that:

1. The Motion to Amend is **GRANTED**;

2. The FTC may amend its complaint; and

Page 1 of 2

1          3.    The FTC shall file and serve the First Amended Complaint for Permanent

2    Injunction, Monetary Judgment, and Other Relief attached to the Motion to Amend.

3    4. Plaintiff MUST file the amended complaint on the docket within one week of this order.

4    5.  Defendant did not oppose (ECF No. 55) and thus, consented to the granting
of the motion per LR 7-2(d).

5

6

7

8    **IT IS SO ORDERED**

9

10   _____
Hon. Maximiliano D. Couvillier III

11   United States Magistrate Judge

12   DATED:  3-26-25 _____

13

14

15

16

17

18

19

20

21

22

23   Page 2 of 2

24