JOHN R. O'GORMAN
  Texas Bar No. 24121292; jogorman@ftc.gov
LUIS GALLEGOS
  Oklahoma Bar No. 19098; lgallegos@ftc.gov
REID TEPFER
  Texas Bar No. 24079444; rtepfer@ftc.gov

Federal Trade Commission
1999 Bryan St., Suite 2150
Dallas, TX 75201
Phone: (202) 758-7704 (O'Gorman)
Fax: (214) 953-3079

*Attorneys for Federal Trade Commission*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL TRADE COMMISSION<br><br>    Plaintiff,<br><br>    v.<br><br>SUPERIOR SERVICING LLC, *et al.*<br><br>    Defendants. | Case No. 24-cv-2163-GMN-MDC<br><br>**PLAINTIFF FTC'S NOTICE OF COMPLIANCE** |

Plaintiff, Federal Trade Commission ("FTC"), hereby notifies the Court that it has complied with the March 26, 2025, Order issued by the Honorable Magistrate Judge Couvillier (ECF No. 56). The FTC has filed its First Amended Complaint (ECF No. 57) and will complete service of its filing in compliance with the Federal Rules.

Respectfully submitted,

Dated:  March 27, 2025

  */s/ John R. O'Gorman*
JOHN R. O'GORMAN
Texas Bar No. 24121292

Page 1 of 2

1
2
3
4
5
6
7
8
9

LUIS GALLEGOS
Oklahoma Bar No. 19098

REID TEPFER
Texas Bar No. 24079444

Federal Trade Commission
1999 Bryan St., Suite 2150
Dallas, TX 75201
(202) 758-7704 (O'Gorman)
(214) 979-9383 (Gallegos)
(214) 979-9395 (Tepfer)
jogorman@ftc.gov
lgallegos@ftc.gov
rtepfer@ftc.gov

Attorneys for Plaintiff
FEDERAL TRADE COMMISSION

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24