LUIS GALLEGOS
    Oklahoma Bar No. 19098; lgallegos@ftc.gov
REID TEPFER
    Texas Bar No. 24079444; rtepfer@ftc.gov
JOHN R. O'GORMAN
    Texas Bar No. 24121292

Federal Trade Commission
1999 Bryan St., Suite 2150
Dallas, TX 75201
Phone: (214) 979-9383 (Gallegos)
Fax: (214) 953-3079

*Attorneys for Federal Trade Commission*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>    Plaintiff,<br><br>v.<br><br>SUPERIOR SERVICING LLC, *et al.*,<br><br>    Defendants. | Case No. 24-cv-2163-GMN-MDC<br><br>**FTC'S AMENDED MOTION TO WITHDRAW JOHN R. O'GORMAN AS COUNSEL FOR THE FTC** |

    Pursuant to Local Civil Rule IA 11-6(b), Plaintiff Federal Trade Commission ("FTC"), hereby moves the Court for leave to withdraw John R. O'Gorman as counsel for the FTC in this matter.

    Plaintiff submits this request because Mr. O'Gorman no longer works for the FTC. Luis Gallegos and Reid Tepfer, who have already appeared in this litigation, will continue to serve as counsel for the FTC in this matter.

## MEMORANDUM OF POINTS AND AUTHORITIES

Under the Local Rules, "[i]f an attorney seeks to withdraw after appearing in a case, the attorney must file a motion or stipulation and serve it on the affected client and opposing counsel." LR IA 11-6(b). "Except for good cause shown, no withdrawal or substitution will be approved if it will result in delay of discovery, the trial, or any hearing in the case." LR IA 11-6(e).

The Court should grant this motion because Mr. O'Gorman's withdrawal will not run afoul of the Local Rules. First, the FTC does not object to Mr. O'Gorman's withdrawal as counsel in this matter. Second, the withdrawal will not result in any delay in this litigation because the FTC will be more than adequately represented by its remaining counsel who have served alongside Mr. O'Gorman since the commencement of this litigation and will continue to do so with no disruption in continuity.

For the foregoing reasons, the FTC respectfully requests that the Court enter an order permitting John R. O'Gorman to withdrawal as counsel.

Respectfully submitted,

Dated:  May 5, 2025        /s/ Luis H. Gallegos

LUIS GALLEGOS
Oklahoma Bar No. 19098
REID TEPFER
Texas Bar No. 24079444
JOHN R. O'GORMAN
Texas Bar No. 24121292
Federal Trade Commission
1999 Bryan St., Suite 2150
Dallas, TX 75201

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

(214) 979-9383 (Gallegos)
(214) 979-9395 (Tepfer)

lgallegos@ftc.gov
rtepfer@ftc.gov

Attorneys for Plaintiff
FEDERAL TRADE COMMISSION

LUIS GALLEGOS
   Oklahoma Bar No. 19098; lgallegos@ftc.gov
REID TEPFER
   Texas Bar No. 24079444; rtepfer@ftc.gov
JOHN R. O'GORMAN
   Texas Bar No. 24121292


Federal Trade Commission
1999 Bryan St., Suite 2150
Dallas, TX 75201
Phone: (214) 979-9383 (Gallegos)
Fax: (214) 953-3079

*Attorneys for Federal Trade Commission*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>   Plaintiff,<br><br>   v.<br><br>SUPERIOR SERVICING LLC, *et al.*,<br><br>   Defendants. | Case No. 24-cv-2163-GMN-MDC<br><br>[~~PROPOSED~~] **ORDER GRANTING FTC'S AMENDED MOTION TO WITHDRAW JOHN R. O'GORMAN AS COUNSEL FOR THE FTC** |

Having considered Plaintiff Federal Trade Commission's ("FTC") Amended Motion to Withdraw John R. O'Gorman as Counsel, the Court finds good cause to grant the FTC's motion. It is therefore **ORDERED** that the Motion is **GRANTED** and:

1. The Court hereby authorizes the withdrawal of John R. O'Gorman as counsel for the FTC; and

2. The clerk is directed to remove Mr. O'Gorman from the docket as counsel for the FTC.

IT IS SO ORDERED

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge
Date: 5/6/2025