1  LUIS GALLEGOS
       Oklahoma Bar No. 19098; lgallegos@ftc.gov
2  REID TEPFER
       Texas Bar No. 24079444; rtepfer@ftc.gov
3

4  Federal Trade Commission
   1999 Bryan St., Suite 2150
5  Dallas, TX 75201
   Phone: (214) 979-9383 (Gallegos)
6  Fax: (214) 953-3079

7  *Attorneys for Federal Trade Commission*

8  **UNITED STATES DISTRICT COURT**
   **DISTRICT OF NEVADA**

9

10

11  FEDERAL TRADE COMMISSION             Case No. 24-cv-2163-GMN-MDC

12      Plaintiff,                      **FTC'S APPLICATION FOR ENTRY OF DEFAULT AGAINST DEFENDANTS SUPERIOR SERVICING LLC, SUNRISE SOLUTIONS USA LLC, ALUMNI ADVANTAGE LLC, STUDENT PROCESSING CENTER GROUP LLC, SPCTWO LLC, AND ACCREDIT LLC**

13      v.

14  SUPERIOR SERVICING LLC, *et al.*,

15      Defendants.

16

17  TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA:

18      Plaintiff, Federal Trade Commission ("FTC"), respectfully requests, pursuant to Federal

19  Rule of Civil Procedure 55(a), that the Clerk of the Court for the District of Nevada enter default

20  in this matter against Defendants Superior Servicing LLC, Sunrise Solutions USA LLC, Alumni

21  Advantage LLC, Student Processing Center Group LLC, SPCTWO LLC, and Accredit LLC. The

22  facts supporting this application are set forth in the accompanying Declaration of FTC Counsel.

23

24

On March 26, 2025, the FTC filed its Amended Complaint (ECF No. 57). On April 15, 2025, the FTC served Defendants Superior Servicing LLC, Sunrise Solutions USA LLC, Alumni Advantage LLC, Student Processing Center Group LLC, SPCTWO LLC, and Accredit LLC each with a summons and a copy of the Amended Complaint. Each of these Defendants has failed to plead or otherwise defend in this action, and the deadline to do so has passed.

Accordingly, the FTC requests that the Clerk of the Court enter default against Defendants Superior Servicing LLC, Sunrise Solutions USA LLC, Alumni Advantage LLC, Student Processing Center Group LLC, SPCTWO LLC, and Accredit LLC. A proposed form has been filed along with this application.

Respectfully submitted,

Dated: May 8, 2025

/s/ Luis H. Gallegos

LUIS GALLEGOS
Oklahoma Bar No. 19098
REID TEPFER
Texas Bar No. 24079444

Federal Trade Commission
1999 Bryan St., Suite 2150
Dallas, TX 75201
(214) 979-9383 (Gallegos)
(214) 979-9395 (Tepfer)

lgallegos@ftc.gov
rtepfer@ftc.gov

Attorneys for Plaintiff
FEDERAL TRADE COMMISSION

## CERTIFICATE OF SERVICE

I, Luis H. Gallegos, hereby certify that I effected service on all parties by electronically filing the foregoing with the Court using CM/ECF.

Dated: May 8, 2025

       /s/ *Luis H. Gallegos*
LUIS H. GALLEGOS
Attorney for Plaintiff
Federal Trade Commission