LUIS GALLEGOS
    Oklahoma Bar No. 19098; lgallegos@ftc.gov
REID TEPFER
    Texas Bar No. 24079444; rtepfer@ftc.gov

Federal Trade Commission
1999 Bryan St., Suite 2150
Dallas, TX 75201
Phone: (214) 979-9383 (Gallegos)
Fax: (214) 953-3079

*Attorneys for Federal Trade Commission*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| FEDERAL TRADE COMMISSION<br><br>   Plaintiff,<br><br>     v.<br><br>SUPERIOR SERVICING LLC, *et al.*,<br><br>   Defendants. | Case No. 24-cv-2163-GMN-MDC<br><br>**DECLARATION OF FTC COUNSEL LUIS H. GALLEGOS IN SUPPORT OF APPLICATION FOR ENTRY OF DEFAULT** |

      I Luis H. Gallegos, hereby declare as follows:

      1.    I am over twenty-one years of age and a citizen of the United States. I am an attorney employed by and representing the Federal Trade Commission ("FTC") in the above-captioned action.

      2.    I am a member in good standing of the state bar of Oklahoma. I am authorized to practice in this District pursuant to LR IA 11-3. My business address is 1999 Bryan Street, Suite 2150, Dallas, TX 75201. Unless stated otherwise, I have personal knowledge of the facts stated herein and, if called as a witness, would competently testify thereto.

3.  The FTC filed its Amended Complaint in this action on March 26, 2025, (ECF No. 57) naming Superior Servicing LLC, Sunrise Solutions USA, LLC, Alumni Advantage LLC, Student Processing Center Group LLC, SPCTWO LLC, and Accredit LLC, among others, as defendants. The Amended Complaint alleges that Defendants engaged in deceptive practices in connection with the marketing of student loan debt relief services in violation of Section 5(a) of the FTC Act, 15 U.S.C. § 45(a), the Telemarketing Sales Rule, 16 C.F.R. Part 310, Section 521 of the Gramm-Leach-Bliley Act, 15. U.S.C. § 6821, and the FTC's Trade Regulation Rule on Impersonation of Government and Businesses, 16 C.F.R. Part 461.

4.  On April 15, 2025, Defendants Superior Servicing LLC, Sunrise Solutions USA LLC, Alumni Advantage LLC, Student Processing Center Group LLC, SPCTWO LLC, and Accredit LLC were served summonses and copies of the Amended Complaint by way of electronic service to the Receiver, Krista Freitag, appointed by the Court in this action. (ECF Nos. 9, 30, and 42)

5.  As the court-appointed Receiver, Ms. Freitag may properly accept service on behalf of these entities because she has been authorized to "[a]ssume full control of Receivership Entities" and each of these Defendants has been identified as a Receivership Entity by both the Receiver and the Court. *See* Preliminary Injunction as to Dennise Merdjanian, ECF No. 42, at pp. 6 and 15 (ECF pp. 6 and 16); Receiver's First Interim Report, ECF No. 23, at pp. 13-14.

6.  Pursuant to Federal Rule of Civil Procedure 12(a)(1)(A)(i), a defendant must file a responsive pleading within 21 days of being served with a complaint and summons. Here, that deadline for Defendants Superior Servicing LLC, Sunrise Solutions USA LLC, Alumni Advantage LLC, Student Processing Center Group LLC, SPCTWO LLC, and Accredit LLC was May 6, 2025.

7. Counsel for the FTC has not been served with an answer or other responsive pleading by Defendants Superior Servicing LLC, Sunrise Solutions USA LLC, Alumni Advantage LLC, Student Processing Center Group LLC, SPCTWO LLC, or Accredit LLC.

8. FTC counsel has not received any documentation or information that Defendants Servicing LLC, Sunrise Solutions USA LLC, Alumni Advantage LLC, Student Processing Center Group LLC, SPCTWO LLC, or Accredit LLC has filed for bankruptcy.

I declare under penalty of perjury that the statements in this declaration are true and correct. Executed in Dallas, Texas.

Dated: May 8, 2025

Respectfully submitted,

*/s/ Luis H. Gallegos*

LUIS GALLEGOS
Oklahoma Bar No. 19098

REID TEPFER
Texas Bar No. 24079444

Federal Trade Commission
1999 Bryan St., Suite 2150
Dallas, TX 75201

(214) 979-9383 (Gallegos)
(214) 979-9395 (Tepfer)

lgallegos@ftc.gov
rtepfer@ftc.gov

Attorneys for Plaintiff
FEDERAL TRADE COMMISSION