LUIS GALLEGOS
    Oklahoma Bar No. 19098; lgallegos@ftc.gov
REID TEPFER
    Texas Bar No. 24079444; rtepfer@ftc.gov

Federal Trade Commission
1999 Bryan St., Suite 2150
Dallas, TX 75201
Phone: (214) 979-9383 (Gallegos)
Fax: (214) 953-3079

*Attorneys for Federal Trade Commission*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Federal Trade Commission, | Case No.: 24-CV-2163 |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS ERIC CALDWELL AND DAVID HERNANDEZ TO FILE RESPONSIVE PLEADING TO COMPLAINT** |
| vs. | |
| Superior Servicing, LLC, et. al., | |
| Defendants. | **(FIRST REQUEST)** |

Pursuant to Local Rules 6-1 and 6-2, Plaintiff Federal Trade Commission ("Plaintiff") and Defendants Eric Caldwell and David Hernandez ("Defendants" and together with Plaintiff, the "Parties") stipulate and agree as follows:

**WHEREAS:**

1.    On or about March 28, 2025, Defendants executed waivers of service, waiving service of Plaintiff's Amended Complaint, resulting in a response deadline of May 27, 2025.

2.    Since March 28, 2025, the Parties have been engaged in informal financial discovery and settlement discussions.

3.    On or about May 23, 2025, Plaintiff agreed to briefly extend Defendants' deadline to file a responsive pleading to June 9, 2025 to allow further time to conduct

informal financial discovery and potential settlement.

4.     The Parties agreed that good cause exists to briefly extend Defendants' responsive pleading deadline to June 9, 2025.

5.     This stipulation is made in good faith and not for the purpose of delay.

6.     This is the first stipulated request to extend Defendants' responsive pleading deadline.

**NOW, THEREFORE, IT IS HEREBY STIPULATED THAT:**

Defendants Eric Caldwell and David Hernandez's time to file a responsive pleading to Plaintiff's Amended Complaint is extended. Defendants shall file their responsive pleading on or before June 9, 2025.

DATED this 29th day of May, 2025.

**PLAINTIFF**

By:  /s/ Luis H. Gallegos
     Attorney for Plaintiff
     Federal Trade Commission

**DEFENDANTS**

By:  /s/ Eric Caldwell
     *In proper person*

By:  /s/ David Hernandez
     *In proper person*

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE
DATED:  5-30-25 _____

STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS ERIC CALDWELL AND DAVID HERNANDEZ TO FILE RESPONSIVE PLEADING TO COMPLAINT