LUIS GALLEGOS
   Oklahoma Bar No. 19098; lgallegos@ftc.gov
REID TEPFER
   Texas Bar No. 24079444; rtepfer@ftc.gov

Federal Trade Commission
1999 Bryan St., Suite 2150
Dallas, TX 75201
Phone: (214) 979-9383 (Gallegos)
Fax: (214) 953-3079

*Attorneys for Federal Trade Commission*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Federal Trade Commission,<br><br>       Plaintiff,<br><br>vs.<br><br>Superior Servicing, LLC, et. al.,<br><br>       Defendants. | Case No.: 24-CV-2163<br><br>**STIPULATION AND ORDER TO STAY PROCEEDINGS AS TO STIPULATING DEFENDANT ERIC CALDWELL PENDING FINAL ORDER**<br><br>**(SECOND REQUEST)** |

      Pursuant to Local Rules 6-1 and 6-2, Plaintiff Federal Trade Commission ("Plaintiff") and Defendant Eric Caldwell ("Stipulating Defendant") stipulate and agree to stay all deadlines in this action as to Stipulating Defendant until August 25, 2025, to provide the Commission with sufficient time to review and vote on the Stipulated Order.

**WHEREAS:**

1. On May 30, 2025, the Court extended until June 9, 2025, the time for Stipulating Defendant to file a responsive pleading as to Plaintiff's Amended Complaint while the parties explored a potential settlement. (Dkt # 72)

2. On June 11, 2025, Stipulating Defendant signed a Stipulated Order for Permanent Injunction, Monetary Judgment, and Other Relief ("Stipulated

Order"), which the undersigned counsel for Plaintiff will recommend to the Commission.

3. Under 15 U.S.C. § 56(a)(2)(A), exclusive authority to agree to a settlement rests with the five-member, presidentially appointed Commission. The Commission must approve or reject all settlement recommendations by a majority vote. Therefore, before the Stipulated Order can be submitted to the Court for approval and issuance, the Commissioners must vote to accept it.

4. In order to provide time for the Commission's approval, Plaintiff and Stipulating Defendant move to stay all deadlines in this action, including the filing of a responsive pleading to the Amended Complaint, as to Stipulating Defendant August 25, 2025.

5. Plaintiff and Stipulating Defendant agree that good cause exists to stay all deadlines in this action as to Stipulating Defendant until August 25, 2025.

6. This stipulation is made in good faith and not for the purpose of delay.

7. This is the second stipulated request to extend Defendants' responsive pleading deadline related to Plaintiff's Amended Complaint.

**NOW, THEREFORE, IT IS HEREBY STIPULATED THAT:**

All deadlines as to Defendant Eric Caldwell are stayed until August 25, 2025.

DATED this 24th day of June, 2025.

| **PLAINTIFF** | **DEFENDANTS** |
|---|---|
| By: /s/ Luis H. Gallegos<br>Attorney for Plaintiff | By: /s/ Eric Caldwell<br>*In proper person* |

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

DATED: _____

# CERTIFICATE OF SERVICE

I, Luis H. Gallegos, hereby certify that I electronically filed the foregoing with the Court using CM/ECF. I also certify that I will email a copy of this document to *pro se* Defendant David Hernandez on this date.

Dated: June 24, 2025

          */s/ Luis H. Gallegos*
LUIS H. GALLEGOS
Attorney for Plaintiff
Federal Trade Commission