LUIS GALLEGOS
   Oklahoma Bar No. 19098; lgallegos@ftc.gov
REID TEPFER
   Texas Bar No. 24079444; rtepfer@ftc.gov

Federal Trade Commission
1999 Bryan St., Suite 2150
Dallas, TX 75201
Phone: (214) 979-9383 (Gallegos)
Fax: (214) 953-3079

*Attorneys for Federal Trade Commission*

LUIS GALLEGOS
   Oklahoma Bar No. 19098; lgallegos@ftc.gov
REID TEPFER
   Texas Bar No. 24079444; rtepfer@ftc.gov

Federal Trade Commission
1999 Bryan St., Suite 2150
Dallas, TX 75201
Phone: (214) 979-9383 (Gallegos)
Fax: (214) 953-3079

*Attorneys for Federal Trade Commission*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Federal Trade Commission,<br><br>        Plaintiff,<br><br>      vs.<br><br>Superior Servicing, LLC, et. al.,<br><br>        Defendants. | Case No.: 24-CV-2163<br><br>**JOINT STIPULATION FOR A STAY OF BRIEFING, DISCOVERY, AND OTHER DEADLINES IN LIGHT OF LAPSE OF APPROPRIATIONS** |

      The Federal Trade Commission ("FTC" or "Commission") and Defendant Merdjanian hereby move for a temporary stay of all briefing, discovery, and other deadlines in this case. In support of this motion, counsel for the FTC states as follows:

1.      On September 26, 2025, the Court entered a Scheduling Order that set out various deadlines related to this matter. Dkt 90.

2. At the end of the day on September 30, 2025, the continuing resolution that had been funding the FTC expired, and appropriations to the FTC lapsed. The FTC currently lacks appropriated funds to continue operating, and does not know when funding will be restored.

3. Absent an appropriation, FTC attorneys and other employees are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

4. Undersigned counsel for the FTC and counsel for Defendant Merdjanian therefore request that the Court stay all deadlines in this case until Congress has restored appropriations to the FTC.

5. If this motion for a stay is granted, undersigned counsel for the FTC will notify the Court as soon as Congress has appropriated funds for the FTC. The Commission and Defendant Merdjanian request that, at that point, all current deadlines for the parties be extended commensurate with the duration of the lapse in appropriations.

6. Defendant Merdjanian's counsel has authorized counsel for the FTC to state that they are in agreement with this stipulation.

Therefore, although we greatly regret any disruption caused to the Court and the other litigants, the FTC and Defendant Merdjanian hereby stipulate to a stay of briefing, discovery, and other deadlines in this case until FTC attorneys are permitted to resume their usual civil litigation functions.

IT IS SO ORDERED.

_____
Hon. Maximiliano D. Couvillier III United States Magistrate Judge

DATED: 10-2-25

-3-

Respectfully submitted:

**FOR PLAINTIFF:**

**FEDERAL TRADE COMMISSION**

/s/ *Luis H. Gallegos*   Date: October 1, 2025
Luis H. Gallegos, Oklahoma Bar No. 19098
Reid A. Tepfer, Texas Bar No. 24079444
1999 Bryan St., Suite 2150
Dallas, TX 75201
(214) 979-9383; lgallegos@ftc.gov
(214) 979-9395; rtepfer@ftc.gov
Fax: (214) 953-3079

**FOR DEFENDANT MERDJANIAN:**

/s/ *Rowland Graff*   Date: October 1, 2025
R. CHRISTOPHER READE, ESQ.
Nevada Bar No. 006791
P. ROWLAND GRAFF, ESQ.
Nevada Bar No. 015050
CORY READ DOWS & SHAFER
1333 North Buffalo Drive, Suite 210
Las Vegas, Nevada 89128
Telephone: (702) 794-4411
Facsimile: (702) 794-4421
rgraff@crdslaw.com
Attorneys for Defendant
DENNISE MERDJANIAN

**CERRTIFICATE OF SERVICE**

I, Luis H. Gallegos, hereby certify that I electronically filed the foregoing with the Court using CM/ECF.

Dated: <u>October 1, 2025</u>    <u> /s/ Luis H. Gallegos </u>
LUIS H. GALLEGOS
Attorney for Plaintiff
Federal Trade Commission