LUIS GALLEGOS
    Oklahoma Bar No. 19098; lgallegos@ftc.gov
REID TEPFER
    Texas Bar No. 24079444; rtepfer@ftc.gov

Federal Trade Commission
1999 Bryan St., Suite 2150
Dallas, TX 75201
Phone: (214) 979-9383 (Gallegos)
Fax: (214) 953-3079

*Attorneys for Federal Trade Commission*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Federal Trade Commission,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>Superior Servicing, LLC, et. al.,<br><br>　　　　Defendants. | Case No.: 24-CV-2163<br><br>**PROPOSED STIPULATED SECOND AMENDED DISCOVERY PLAN AND SCHEDULING ORDER**<br><br>**SPECIAL SCHEDULING REVIEW REQUESTED** |

On September 26, 2025, the Court issued an Amended Stipulated Discovery Plan and Scheduling Order ("Amended Discovery Plan"). (Dkt. 90) On October 2, 2025, the Court entered an order pursuant to the FTC and Defendant Dennise Merdjanian's (collectively, "the Parties") stipulation, staying all briefing, discovery, and other deadlines in the matter until "Congress has restored appropriations to the FTC" and extending all deadlines commensurate with the duration of the lapse of appropriations. (Dkt. 92) After the FTC received funding from Congress, counsel filed a Notice of Agency Funding. (Dkt. 93) In total, the lapse in funding lasted 44 days.

Consistent with and based on the foregoing, the parties submit below proposed amended deadlines for this action:

| FRCP 26(f); LR 26-1(b) | Proposed Deadlines |
|---|---|
| **Initial Disclosures** | **September 25, 2025** |
| **Discovery Cut-Off:** | **April 16, 2026** |
| **Amending Pleadings/Adding Parties:** 90 days before the close of discovery | **January 16, 2026** |
| **Initial Expert Disclosures:** 60 days before the close of discovery | **February 15, 2026** |
| **Rebuttal Expert Disclosures:** 30 days after the initial disclosure of experts | **March 17, 2026** |
| **Dispositive Motions:** 60 days after the close of discovery | **June 15, 2026** |
| **Joint Pretrial Order:** 30 days after the dispositive-motion deadline; pretrial disclosures and objections thereto must be included | **July 15, 2026** *(or 30 days after ruling on dispositive motions)* |

**IT IS SO ORDERED.**

_____
**Hon. Maximiliano D. Couvillier III**
**United States Magistrate Judge**
DATED: 11-21-25

-2-

|    |    |    |
|----|----|----|
| 1  | **FOR PLAINTIFF:** | |
| 2  | **FEDERAL TRADE COMMISSION** | |
| 3  | */s/ Luis H. Gallegos* | Date:  November 19, 2025 |

FOR PLAINTIFF:

FEDERAL TRADE COMMISSION

*/s/ Luis H. Gallegos*                                    Date:   November 19, 2025
Luis H. Gallegos, Oklahoma Bar No. 19098
Reid A. Tepfer, Texas Bar No. 24079444
1999 Bryan St., Suite 2150
Dallas, TX 75201
(214) 979-9383; lgallegos@ftc.gov
(214) 979-9395; rtepfer@ftc.gov
Fax: (214) 953-3079

**FOR DEFENDANT MERDJANIAN:**

*/s/ Rowland Graff*                                       Date:   November 19, 2025
R. CHRISTOPHER READE, ESQ.
Nevada Bar No. 006791
P. ROWLAND GRAFF, ESQ.
Nevada Bar No. 015050
CORY READ DOWS & SHAFER
1333 North Buffalo Drive, Suite 210
Las Vegas, Nevada 89128
Telephone: (702) 794-4411
Facsimile: (702) 794-4421
rgraff@crdslaw.com
Attorneys for Defendant
DENNISE MERDJANIAN

# CERTIFICATE OF SERVICE

I, Luis H. Gallegos, hereby certify that I electronically filed the foregoing with the Court using CM/ECF.

Dated: <u>November 19, 2025</u>         <u>/s/ Luis H. Gallegos</u>
                                         LUIS H. GALLEGOS
                                         Attorney for Plaintiff
                                         Federal Trade Commission