LUIS GALLEGOS
    Oklahoma Bar No. 19098; lgallegos@ftc.gov
REID TEPFER
    Texas Bar No. 24079444; rtepfer@ftc.gov

Federal Trade Commission
1999 Bryan St., Suite 2150
Dallas, TX 75201
Phone: (214) 979-9383 (Gallegos)
Fax: (214) 953-3079

*Attorneys for Federal Trade Commission*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Federal Trade Commission,<br><br>       Plaintiff,<br><br>    vs.<br><br>Superior Servicing, LLC, et. al.,<br><br>       Defendants. | Case No.: 24-CV-2163<br><br>**STIPULATION AND ORDER TO STAY PROCEEDINGS AS TO STIPULATING DEFENDANTS DENNISE MERDJANIAN PENDING FINAL ORDER**<br><br>**(FIRST REQUEST)** |

Pursuant to Local Rules 6-1 and 6-2, Plaintiff Federal Trade Commission ("Plaintiff") and Defendant Dennise Merdjanian ("Stipulating Defendant") stipulate and agree to stay all pending deadlines contained in the Stipulated Second Amended Discovery Plan and Scheduling Order ("Amended Scheduling Order")(Doc. No. 95) in this matter until February 20, 2026, to provide the Commission with sufficient time to review and vote on the Stipulated Order.

**WHEREAS:**

1. On December 4, 2025, Stipulating Defendant signed a Stipulated Order for Permanent Injunction, Monetary Judgment, and Other Relief as to Defendant Dennise Merdjanian ("Stipulated Order"), which the undersigned counsel for the FTC will recommend to the Commission.

2. Under 15 U.S.C. § 56(a)(2)(A), exclusive authority to agree to a settlement rests with the presidentially appointed Commission. The Commission must approve or reject all settlement recommendations by a majority vote. Therefore, before the Stipulated Order can be submitted to the Court for approval and issuance, the Commissioners must vote to accept it.

3. In order to provide time for the Commission's approval, Plaintiff and Stipulating Defendant stipulate to stay all pending deadlines contained in the Amended Scheduling Order until February 20, 2026.

4. Plaintiff and Stipulating Defendant agree that good cause exists to stay all deadlines contained in the Amended Scheduling Order until February 20, 2026.

5. This stipulation is made in good faith and not for the purpose of delay.

**NOW, THEREFORE, IT IS HEREBY STIPULATED THAT:**

All pending deadlines contained in the Stipulated Second Amended Discovery Plan and Scheduling Order in this matter (Doc. No. 95) as to Defendant Dennise Merdjanian are stayed until February 20, 2026. The parties shall file a Stipulation Regarding Status by **February 20, 2026**, regarding the Stipulated Order with Dennise Merdjanian.

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 12-16-25

SO STIPULATED AND AGREED:
FOR PLAINTIFF:

FEDERAL TRADE COMMISSION

/s/ *Luis H. Gallegos*             Date: December 9, 2025

Luis H. Gallegos,
Oklahoma Bar No. 19098
Reid A. Tepfer,
Texas Bar No. 24079444
Federal Trade Commission
1999 Bryan St., Suite 2150
Dallas, TX 75201
(214) 979-9383; lgallegos@ftc.gov
(214) 979-9395; rtepfer@ftc.gov
Fax: (214) 953-3079

FOR SETTLING DEFENDANT:

[signature]             Date: December 12, 2025

Rowland Graff, Esq.
Cory Reade Dows & Shafer
1333 North Buffalo Drive, Suite 210
Las Vegas, Nevada 89128
(702) 794-4411
(702) 794-4421 fax
COUNSEL FOR DENNISE MERDJANIAN

## CERTIFICATE OF SERVICE

I, Luis H. Gallegos, hereby certify that I electronically filed the foregoing with the Court using CM/ECF.

Dated:  December 9, 2025

/s/ *Luis H. Gallegos*
LUIS H. GALLEGOS
Attorney for Plaintiff
Federal Trade Commission