UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | Case No. 24-cv-2163-GMN-MDC |
| Plaintiff, | **ORDER APPROVING SETTLEMENT AGREEMENT WITH HOLLAND & KNIGHT LLP** |
| vs. | |
| SUPERIOR SERVICING LLC, a limited liability company; and DENNISE MERDJANIAN, aka Dennise Correa, individually and as managing member of SUPERIOR SERVICING LLC, | Ctrm: 7D Judge Hon. Gloria M. Navarro |
| Defendants. | |

4935-1896-6141

The Court, having considered the motion ("Motion") of Krista Frietag ("Receiver"), the Court-appointed permanent receiver for Defendants Superior Servicing, LLC, Accredit LLC, Sunrise Solutions USA, LLC, Alumni Advantage, LLC, Student Processing Center Group, LLC, and SPCTWO, LLC, as well as Gold West Financial, LLC, DM Financial, LLC, LJC Music National LLC, South Coast Services, LLC, Business Done Right Inc., ET&C Holdings, LLC, Capital Servicing, LLC, Cornerstone Doc Prep, Inc., Amerifed Doc Prep, LLC, Amerifed Servicing, Inc., Scholastic Solutions LLC, and First Clover Capital, Inc. (collectively the "Receivership Entities" or individually, a "Receivership Entity"), for an order approving the Settlement Agreement with Holland & Knight LLP ("H&K"), and good cause appearing therefor, hereby orders as follows:

1. The Motion for Approval of Settlement, (ECF No. 96), is **GRANTED**.

2. The Settlement Agreement between the Receiver and H&K, a copy of which is attached as Exhibit A to the Declaration of Krista Freitag in support of the Motion, is **APPROVED**.

**IT IS SO ORDERED.**

**DATED** this ___23___ day of February, 2026.

_____
Gloria M. Navarro, District Judge
United States District Court

4935-1896-6141                                                -2-