Jarrod L. Rickard, Esq., Bar No. 10203
Email: jlr@semenzarickard.com
SEMENZA RICKARD LAW
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone:  (702) 835-6803
Facsimile:   (702) 920-8669

Edward G. Fates, Esq. (*pro hac vice admitted*)
Email: tfates@allenmatkins.com
ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP
600 West Broadway, 27th Floor
San Diego, CA 92101-0903
Telephone:  (619) 233-1155
Facsimile:   (619) 233-1158

*Attorneys for Receiver Krista Freitag*

SEMENZA RICKARD LAW
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone:  (702) 835-6803

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| FEDERAL TRADE COMMISSION, | Case No. 2:24-cv-02163-GMN-MDC |
|---|---|
| Plaintiff, | |
| v. | **ORDER GRANTING THIRD INTERIM FEE APPLICATION OF SEMENZA RICKARD LAW, LOCAL COUNSEL TO THE RECEIVER, FOR PAYMENT OF FEES AND REIMBURSEMENT OF EXPENSES** |
| SUPERIOR SERVICING LLC, a limited liability company; and DENNISE MERDJANIAN, aka Dennise Correa, individually and as managing member of SUPERIOR SERVICING LLC, | |
| Defendants. | |

The Court, having reviewed the Third Interim Fee Application of Semenza Rickard Law ("SRL"), General Counsel to the Receiver, for Payment of Fees and Reimbursement of Expenses ("Application"), including any supporting declarations and objections filed therein, and being so advised in the matter and finding good cause, orders as follows:

**IT IS ORDERED** that the Application of SRL is granted.

1

**IT IS FURTHER ORDERED** that SRL's fees for the Third Application Period are allowed and approved, on an interim basis, in the amount of $455.00, respectively.

**IT IS FURTHER ORDERED** that the Receiver is authorized and directed to pay SRL $364.00 in fees from assets of the receivership estate, which amounts reflect an interim payment of 80% of the allowed fees.

**DATED** this __26__ day of June, 2026.

_____

Gloria M. Navarro, District Court
United States District Court

SEMENZA RICKARD LAW
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone: (702) 835-6803