UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

FEDERAL TRADE COMMISSION,

Plaintiff,

vs.

SUPERIOR SERVICING LLC, a limited liability company; and DENNISE MERDJANIAN, aka Dennise Correa, individually and as managing member of SUPERIOR SERVICING LLC,

Defendants.

Case No. 24-cv-2163-GMN-MDC

**ORDER GRANTING FIFTH INTERIM FEE APPLICATION OF KRISTA L. FREITAG, THE RECEIVER, FOR PAYMENT OF FEES AND REIMBURSEMENT OF EXPENSES**

Ctrm: 7D
Judge Hon. Gloria M. Navarro

The Court, having reviewed the Fifth Interim Fee Application of Krista L. Freitag, the Receiver, for Payment of Fees and Reimbursement of Expenses ("Application"), including any supporting declarations and objections filed therein, and being so advised in the matter and finding good cause, orders as follows:

**IT IS ORDERED** that the Application of the Receiver is granted.

**IT IS FURTHER ORDERED** that the Receiver's fees and costs for the Fifth Application Period are allowed and approved, on an interim basis, in the amounts of $431,149.00 and $3,675.93, respectively.

**IT IS FURTHER ORDERED** that the Receiver is authorized and directed to pay herself $24,919.20 in fees and $3,675.93 in costs from assets of the receivership estate, which amounts reflect an interim payment of 80% of the allowed fees and 100% of the allowed costs.

**DATED** this 15 day of September, 2026.

Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

## CERTIFICATE OF SERVICE

I am employed in the County of San Diego, State of California. I am over the age of eighteen (18) and not a party to the within action. My business address is One America Plaza, 600 West Broadway, 27th Floor, San Diego, California 92101-0903.

On August 6, 2026, I used the United States District Court, District of Nevada's Electronic Case Filing System, with the ECF registered to Edward G. Fates to file the following document(s):

**[PROPOSED] ORDER GRANTING FIFTH INTERIM FEE APPLICATION OF KRISTA L. FREITAG, THE RECEIVER, FOR PAYMENT OF FEES AND REIMBURSEMENT OF EXPENSES**

The ECF system is designed to send an e-mail message to all parties in the case, which constitutes service. The parties served by e-mail in this case are found on the Court's Electronic Mail Notice List.

- **Luis H Gallegos**
  lgallegos@ftc.gov; egarcia@ftc.gov; mwilshire@ftc.gov,mwernz@ftc.gov
- **Paul Rowland Graff**
  rgraff@crdslaw.com; ygiraud@crdslaw.com; cweber@crdslaw.com; attorneygraff@gmail.com
- **Robert Christopher Reade**
  Creade@crdslaw.com; ygiraud@crdslaw.com; adavid@crdslaw.com; mrodriguez@crdslaw.com; cweber@crdslaw.com; crodriguezvisek@crdslaw.com; kkeyes@crdslaw.com
- **Jarrod L. Rickard**
  jlr@semenzarickard.com; oak@semenzarickard.com; alb@semenzarickard.com
- **Reid Abram Tepfer**
  rtepfer@ftc.gov

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 6, 2026, at San Diego, California.

*/s/ Pamela Tei Lewis*
Pamela Tei Lewis