R. CHRISTOPHER READE, ESQ.
Nevada Bar No. 006791
P. ROWLAND GRAFF, ESQ.
Nevada Bar No. 015050
**CORY READE DOWS & SHAFER**
1333 North Buffalo Drive, Suite 210
Las Vegas, Nevada 89128
T: (702) 794-4411
F: (702) 794-4421
E: creade@crdslaw.com
E: rgraff@crdslaw.com
Attorneys for Defendant
DENNISE MERDJANIAN

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

FEDERAL TRADE COMMISSION

Plaintiff,

v.

SUPERIOR SERVICING LLC, a limited liability company; SUNRISE SOLUTIONS USA LLC, a limited liability company; ALUMNI ADVANTAGE LLC, a limited liability company; STUDENT PROCESSING CENTER GROUP LLC, a limited liability company; SPCTWO LLC, a limited liability company; ACCREDIT LLC, a limited liability company; and DENNISE MERDJANIAN, aka Dennise Correa, individually and as managing member of SUPERIOR SERVICING LLC,

Defendants.

Case No.: 2:24-cv-02163-GMN-MDC

**[PROPOSED] ORDER RE MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR DEFENDANT DENNISE MERDJANIAN**

R. Christopher Reade, Esq., P. Rowland Graff, Esq., and the law firm of Cory Reade Dows & Shafer have filed a Motion to Withdraw as Counsel of Record (the "Motion") for defendant Dennise Merdjanian ("Merdjanian") including supporting declaration of P. Rowland Graff.

Having considered the Motion and good cause appearing therefor, IT IS ORDERED that the Motion is GRANTED and:

1. R. Christopher Reade, Esq., P. Rowland Graff, Esq., and the law firm of Cory Reade Dows & Shafer are no longer counsel for defendant Dennise Merdjanian.

2. The clerk is directed to remove R. Christopher Reade, Esq. and P. Rowland Graff, Esq. of the law firm of Cory Reade Dows & Shafer from the docket as counsel of record for defendant Dennise Merdjanian.

**IT IS SO ORDERED:**

__________________________________
UNITED STATES MAGISTRATE JUDGE

DATED: 9-23-26

## CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I certify that I am a representative of CORY READE DOWS & SHAFER that on this 29th day of July, 2026, I caused the foregoing [proposed] Motion to Withdraw as Counsel of Record for Defendant Dennise Merdjanian to be served as follows:

■ **By electronic service via CM/ECF to all parties appearing in this case in accordance with FRCP and District Court Local Rules:**

John R. O'Gorman
Luis H Gallegos
Reid Abram Tepfer
Federal Trade Commission
1999 Bryan St., Suite 2150
Dallas, TX 75201
*Counsel for the Plaintiff*

Jarrod L. Rickard
Semenza Rickard Law
10161 Park Run Dr., Ste 150
Las Vegas, NV 89145
*Local Counsel for Receiver*

Edward G. Fates
Alien Matkins Leck Gamble Mallory & Natsis LLP
600 West Broadway, 27th Floor
San Diego, California, 92101-0903
*Pro Hac Vice Counsel for Receiver*

■ **By First-Class United States Mail, postage prepaid upon the following Parties:**

Dennise Merdjanian
811 South Amber Lane
Anaheim CA 92807

□ **By Personal Service upon the following parties or their Counsel:**

□ **By direct email upon the following Parties, for whom I did not receive, within a reasonable time indication that the transmission was unsuccessful:**

□ **By fax or other means in accordance with FRCP 5(b)(2)(F) upon the following Parties, for which proof of successful transmission is attached hereto:**

/s/ Carol Ann Weber
A Representative of
CORY READE DOWS & SHAFER