Jarrod L. Rickard, Esq., Bar No. 10203
Email: jlr@semenzarickard.com
SEMENZA RICKARD LAW
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone: (702) 835-6803
Facsimile: (702) 920-8669

Edward G. Fates, Esq. (pro hac vice admitted)
Email: tfates@allenmatkins.com
ALLEN MATKINS LECK GAMBLE
MALLORY & NATSIS LLP
600 West Broadway, 27th Floor
San Diego, CA 92101-0903
Telephone: (619) 233-1155
Facsimile: (619) 233-1158

*Attorneys for Receiver Krista Freitag*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL TRADE COMMISSION<br><br>Plaintiff,<br><br>v.<br><br>SUPERIOR SERVICING LLC, a limited liability company;<br><br>SUNRISE SOLUTIONS USA LLC, a limited liability company;<br><br>ALUMNI ADVANTAGE LLC, a limited liability company;<br><br>STUDENT PROCESSING CENTER GROUP LLC, a limited liability company;<br><br>SPCTWO LLC, a limited liability company;<br><br>ACCREDIT LLC, a limited liability company;<br><br>DENNISE MERDJANIAN, aka Dennise Correa, individually and as managing member of SUPERIOR SERVICING LLC; | Case No. 2:24-cv-02163-GMN-MDC<br><br>**ORDER GRANTING STIPULATION EXTENDING DEADLINE FOR RECEIVER TO COMPLETE ALL DUTIES**<br><br>Ctrm: 7D<br>Judge: Hon. Gloria M. Navarro |

ERIC CALDWELL, individually and as owner, officer, or manager of SUPERIOR SERVICING LLC, SUNRISE SOLUTIONS USA LLC, ALUMNI ADVANTAGE LLC, STUDENT PROCESSING CENTER GROUP LLC, SPCTWO LLC, and ACCREDIT LLC; and

DAVID HERNANDEZ, individually and as owner, officer, or manager of SUPERIOR SERVICING LLC, SUNRISE SOLUTIONS USA LLC, ALUMNI ADVANTAGE LLC, STUDENT PROCESSING CENTER GROUP LLC, SPCTWO LLC, and ACCREDIT LLC,

Defendants.

Plaintiff Federal Trade Commission ("Plaintiff") and Krista L. Freitag (the "Receiver"), the Court-appointed receiver for Superior Servicing, LLC ("Superior"), its subsidiaries, affiliates, successors and assigns, and any other entity that has conducted any business related to Defendants' student debt relief services, including receipt of Assets derived from any activity that is the subject of the Complaint in this matter, and that the Receiver determines is controlled or owned by any Defendant, including Accredit, LLC, Sunrise Solutions USA, LLC, Alumni Advantage, LLC, Student Processing Center Group, LLC, SPCTWO, LLC, Gold West Financial, LLC, DM Financial, LLC, LJC Music National LLC, South Coast Services, LLC, Business Done Right Inc., ET&C Holdings, LLC, Capital Servicing, LLC, Cornerstone Doc Prep, Inc., Amerifed Doc Prep, LLC, Amerifed Servicing, Inc., Scholastic Solutions LLC, and First Clover Capital, Inc. (collectively the "Receivership Entities" or individually, a "Receivership Entity"), stipulate and agree to the following regarding further extending deadline for the Receiver to complete all duties.

**WHEREAS:**

1. On February 10, 2026, the Court entered an Order Granting Stipulation for Permanent Injunction, Monetary Judgment, and Other Relief as to Defendant Dennise Merdjanian ("Stipulated Final Order"), Dkt. No. 108.

2. The Stipulated Final Order, at Section VI, includes an 180-day deadline for the Receiver to complete all duties, but allows any party or the Receiver to request that the Court extend the deadline for good cause.

3. The Receiver has completed most of her duties, but has a few important tasks still to complete, including selling the luxury boat turned over by Defendant Caldwell (the price of which has been reduced several times to attract interest) and completing the transaction and recovery of $580,000 associated with the now Court-approved settlement with Parkside Estate Holdings. The Receiver has quotes to address the computer equipment and records held in storage, which

she will present in her final report and which work will be completed upon receipt of a final Court Order. The Receiver is preparing to file the final tax returns for and dissolve the Receivership Entities, and has started to prepare her final accounting and report, fee applications, and request to be discharged such that upon completion of the final two recovery tasks above, she will be prepared to promptly file all of these items.

4. Accordingly, the Receiver has proposed that the deadline in the Stipulated Final Order, which is currently November 5, 2026, be extended by 75 days to January 19, 2027. Plaintiff does not oppose this proposal.

**NOW, THEREFORE, IT IS HEREBY STIPULATED THAT:**

5. The deadline in the Stipulated Final Order for the Receiver to complete all duties, which is currently November 5, 2026, is further extended by 75 days to January 19, 2027.

**SO STIPULATED AND AGREED:**

Dated: October 29, 2026

**FOR PLAINTIFF**

FEDERAL TRADE COMMISSION

By: */s/ Luis H. Gallegos*

Luis H. Gallegos,
Oklahoma Bar No. 19098
Reid A. Tepfer,
Texas Bar No. 24079444
Federal Trade Commission
1999 Bryan St., Suite 2150
Dallas, TX 75201
(214) 979-9383; lgallegos@ftc.gov
(214) 979-9395; rtepfer@ftc.gov
Fax: (214) 953-3079
COUNSEL FOR
FEDERAL TRADE COMMISSION

Dated: October 29, 2026

**FOR RECEIVER**

ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP

By: */s/ Edward G. Fates*

Edward G. Fates, Esq.
(pro hac vice admitted)
Allen Matkins Leck Gamble
Mallory & Natsis LLP
600 West Broadway, 27th Floor
San Diego, CA 92101-0903
tfates@allenmatkins.com
(619) 233-1155
(619) 233-1158 fax
COUNSEL FOR RECEIVER
KRISTA L. FREITAG

**IT IS SO ORDERED.**

**DATED** this 5 day of November, 2026.

Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

# CERTIFICATE OF SERVICE

I am employed in the County of San Diego, State of California. I am over the age of eighteen (18) and not a party to the within action. My business address is One America Plaza, 600 West Broadway, 27th Floor, San Diego, California 92101-0903.

On October 29, 2026, I used the United States District Court, District of Nevada's Electronic Case Filing System, with the ECF registered to Edward G. Fates to file the following document(s):

**STIPULATION AND ORDER EXTENDING DEADLINE FOR RECEIVER TO COMPLETE ALL DUTIES**

The ECF system is designed to send an e-mail message to all parties in the case, which constitutes service. The parties served by e-mail in this case are found on the Court's Electronic Mail Notice List.

- **Luis H Gallegos**
  lgallegos@ftc.gov; egarcia@ftc.gov; mwilshire@ftc.gov,mwernz@ftc.gov
- **Paul Rowland Graff**
  rgraff@crdslaw.com; ygiraud@crdslaw.com; cweber@crdslaw.com; attorneygraff@gmail.com
- **Reid Abram Tepfer**
  rtepfer@ftc.gov
- **Robert Christopher Reade**
  Creade@crdslaw.com; ygiraud@crdslaw.com; adavid@crdslaw.com; mrodriguez@crdslaw.com; cweber@crdslaw.com; crodriguezvisek@crdslaw.com; kkeyes@crdslaw.com
- **Jarrod L. Rickard**
  jlr@semenzarickard.com; oak@semenzarickard.com; alb@semenzarickard.com

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 29, 2026, at San Diego, California.

*/s/ Pamela T. Lewis*
Pamela T. Lewis