UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>SUPERIOR SERVICING LLC, a limited liability company; and DENNISE MERDJANIAN, aka Dennise Correa, individually and as managing member of SUPERIOR SERVICING LLC,<br><br>Defendants. | Case No. 24-cv-2163-GMN-MDC<br><br>**ORDER GRANTING SEVENTH INTERIM FEE APPLICATION OF KRISTA L. FREITAG, THE RECEIVER, FOR PAYMENT OF FEES AND REIMBURSEMENT OF EXPENSES**<br><br>Ctrm: 7D<br>Judge Hon. Gloria M. Navarro |

The Court, having reviewed the Seventh Interim Fee Application of Krista L. Freitag, the Receiver, for Payment of Fees and Reimbursement of Expenses ("Application"), including any supporting declarations and objections filed therein, and being so advised in the matter and finding good cause, orders as follows:

**IT IS ORDERED** that the Application of the Receiver is granted.

**IT IS FURTHER ORDERED** that the Receiver's fees and costs for the Seventh Application Period are allowed and approved, on an interim basis, in the amount of $44,121.21 and $758.62, respectively.

**IT IS FURTHER ORDERED** that the Receiver is authorized and directed to pay herself $35,296.97 in fees and $758.62 in costs from assets of the receivership estate, which amounts reflect an interim payment of 80% of the allowed fees and 100% of the allowed costs.

**DATED** this 10 day of November, 2026.

Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

## CERTIFICATE OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen (18) and not a party to the within action. My business address is 865 S. Figueroa Street, Suite 2800, Los Angeles, California 90017-2543.

On October 15, 2026, I used the United States District Court, District of Nevada's Electronic Case Filing System, with the ECF registered to Edward G. Fates to file the following document(s):

**[PROPOSED] ORDER GRANTING SEVENTH INTERIM FEE APPLICATION OF KRISTA L. FREITAG, THE RECEIVER, FOR PAYMENT OF FEES AND REIMBURSEMENT OF EXPENSES**

The ECF system is designed to send an e-mail message to all parties in the case, which constitutes service. The parties served by e-mail in this case are found on the Court's Electronic Mail Notice List.

- **Luis H Gallegos**
  lgallegos@ftc.gov; egarcia@ftc.gov; mwilshire@ftc.gov,mwernz@ftc.gov
- **Reid Abram Tepfer**
  rtepfer@ftc.gov
- **Jarrod L. Rickard**
  jlr@semenzarickard.com; oak@semenzarickard.com; alb@semenzarickard.com

The Court's Manual Notice List, lists those not to receive e-mail notice, requiring manual notice of the above described document, as listed below in the manner stated below.

■ **OFFICE MAIL**: By placing in sealed envelope(s), which I placed for collection and mailing today following ordinary business practices for the collection and processing of correspondence for mailing; such correspondence is deposited with the U.S. Postal Service on the same day in the ordinary course of business.

Dennise Merdjanian
811 South Amber Lane
Anaheim, CA 92807

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 15, 2026, at Los Angeles, California.

*<u>/s/ Martha Diaz</u>*
Martha Diaz